UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**06 - 20458 CR - SEITZ/McALILEY**

CASE NO._____

8 U.S.C. § 1326(a)
18 U.S.C. § 1546(a)
18 U.S.C. § 1028A

UNITED STATES OF AMERICA

vs.

**BRENDA GARZON ORTEGA,**

Defendant.

_____/

FILED by _____ D.C.
MAG. SEC.
JUL 27 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about June 29, 2006, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant,

**BRENDA GARZON ORTEGA,**

an alien, having previously been removed from the United States on or about October 18, 2004, attempted to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

### COUNT 2

On or about June 29, 2006, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant,

**BRENDA GARZON ORTEGA,**

did knowingly use, attempt to use, possess, accept, and receive a document prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, an alien registration receipt card bearing number A98-550-815, INS Form I-551 in the name of "Glenda M. Gonnella," knowing it to have been unlawfully obtained; in violation of Title 18, United States Code, Section 1546(a).

## COUNT 3

On or about June 29, 2006, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant,

**BRENDA GARZON ORTEGA,**

during and in relation to a felony violation of Title 18, United States Code, Section 1546, that is, knowingly using, attempting to use, possessing, accepting, and receiving a document prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, knowing it to have been unlawfully obtained, and without lawful authority, did knowingly possess and use a means of identity of another person, that is, an alien registration receipt card

2

bearing number A98-550-815, INS Form I-551 in the name of "Glenda M. Gonnella"; all in violation of Title 18, United States Code, Section 1028A.

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
BENJAMIN DANIEL
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 06-20458-CR-SEITZ / McALILEY

vs.

BRENDA GARZON ORTEGA,

          **Defendant.**     /

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s)    Yes ___    No ___
Number of New Defendants    ___
Total number of counts    ___

FILED by ___ D.C.
MAG. SEC.
JUL 27 2006
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. · MIAMI

**Court Division:** (Select One)

   x __ Miami    ___ Key West
   ___ FTL    ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    Yes
    List language and/or dialect    Spanish

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
    (Check only one)           (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | __x__ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | __x__ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)    No
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes __x__ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes __x__ No
If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes No __x__

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ___ Yes __x__ No

_____
BENJAMIN DANIEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0140247

Penalty Sheet(s) attached                  REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: BRENDA GARZON ORTEGA

Case No: 06-20458-CR-SEITZ/McALILEY

Count #:1

Re-entry After Deportation

Title 8, United States Code, Section 1326(a)

*Max. Penalty: 2 Years Imprisonment

Count #: 2

Fraud and Misuse of Visas, Permits, and Other Documents

Title 18, United States Code, Section 1546(a)

*Max. Penalty: 10 Years' Imprisonment

Count #: 3

Aggravated Identity Theft

Title 18, United States Code, Section 1028A

*Max. Penalty: 2 Years' Imprisonment

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

06-20458 CR-SEITZ / McALILEY

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

THE UNITED STATES OF AMERICA

vs.

BRENDA GARZON ORTEGA,

Defendant.

## INDICTMENT

8 U.S.C. § 1326(a)
18 U.S.C. § 1546(a)
18 U.S.C. § 1028A

A true bill.

_____
Foreman
FGJ 05-403 (MIA)

Filed in open court this 27 day
of July A.D. 2006.

_____ 7/27/06
Clerk

Bail, $ _____

FORM DBD-34
March 04

Federal Grand Jury
Indictment Number
05-403-MCN-0492